UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| TRACY MCGEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| MARTIN O'MALLEY, | ) | 5:23-CV-646-BO-KS |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**
This cause comes before the Court on plaintiff's complaint seeking review of the final decision of the Commissioner of Social Security and entry of judgment in her favor. [DE 1]. The appropriate briefs pursuant to the Supplemental Rules for Social Security have been filed, [DE 16, 18], and a hearing was held before the undersigned on September 30, 2024, at Raleigh, North Carolina. [DE 21].

**IT IS ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is supported by substantial evidence, and that the correct law was applied. The decision of the Commissioner is therefore AFFIRMED.

**This case is closed.**


**This judgment filed and entered on October 15, 2024, and served on:**
Derrick Arrowood (via CM/ECF NEF)
Wanda Mason (via CM/ECF NEF)
Joanne Kernicky (via CM/ECF NEF)
Samantha Zeiler (via CM/ECF NEF)
Joel Johnson (via CM/ECF NEF)


October 15, 2024

                                                  PETER A. MOORE, JR., CLERK

                                                  /s/ Lindsay Stouch
                                                  By: Deputy Clerk